and the burden of its cost is imposed upon other shoulders. The service of the utility like its property cannot be misapplied." Furnishing free gas as demanded by appellant would violate section 8, article III (P. L. 1393), of the act.

The order is affirmed, costs to be paid by appellant.

HENDERSON, J., dissents.

---

School District of the City of Meadville, Appellant, *v.* The Public Service Commission.

Argued April 14, 1920. Appeal, No. 102, April T., 1920, by School District of the City af Meadville, from the report and order of the Public Service Commission, Complaint No. C 1599, 1917, in the case of the School District of the City of Meadville v. The Public Service Commission, on appeal, and the United Natural Gas Company, intervener. Before PORTER, HENDERSON, HEAD, TREXLER, KELLER and LINN, JJ. Affirmed.

OPINION BY LINN, J., July 14, 1920:

For the reasons stated in Vernon Township v. Public Service Commission, No. 103, April Term, 1920, ante p. 54, the order of the Public Service Commission in this case is affirmed, costs to be paid by appellant.

HENDERSON, J., dissents.

---

City of Meadville, Appellant, *v.* The Public Service Commission.

Argued April 14, 1920. Appeal, No. 104, April T., 1920, by City of Meadville, from the report and order of the Public Service Commission, complaint No. C 1471,

66, (1920).] Statement of Facts—Opinion of the Court.

1917, in the case of the City of Meadville v. The Public Service Commission, on appeal, and United Natural Gas Company, intervener. Before PORTER, HENDERSON, HEAD, TREXLER, KELLER and LINN, JJ. Affirmed.

OPINION BY LINN, J., July 14, 1920:

For the reasons stated in Vernon Township v. Public Service Commission, No. 103, April Term, 1920, ante p. 54, the order of the Public Service Commission in this case is affirmed, costs to be paid by appellant.

HENDERSON, J., dissents.

***

## City of Franklin, Appellant, *v.* The Public Service Commission.

Argued April 14, 1920. Appeal, No. 109, April T., 1920, by City of Franklin, from the report and order of the Public Service Commission, complaint No. 1438, 1917, in the case of the City of Franklin v. The Public Service Commission, on appeal, the United Natural Gas Company, intervener. Before PORTER, HENDERSON, HEAD, TREXLER, KELLER and LINN, JJ. Affirmed.

OPINION BY LINN, J., July 14, 1920:

For the reasons stated in Vernon Township v. Public Service Commission, No. 103, April Term, 1920, ante p. 54, the order of the Public Service Commission in this case is affirmed, costs to be paid by appellant.

HENDERSON, J., dissents.